IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LAURIE A. SHELTON and EDWARD SHELTON, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 115-103 |
| ROLANDO DE LA FUENTE TRUCKING, ROLANDO DE LA FUENTE, NORTHLAND INSURANCE COMPANY, and JOHN DOE(S) 1-5, CORPORATION(S) 1-3, | * * * * * * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with respect to Rolando De La Fuente Trucking. (Doc. 30.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to dismiss Rolando De La Fuente Trucking from this action without prejudice. Upon consideration, the Court **ORDERS** Rolando De La Fuente Trucking **DISMISSED WITHOUT PREJUDICE.**

**ORDER ENTERED** at Augusta, Georgia this 30th day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA